UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                              Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>                              Defendant. | Case No.:  3:23-cv-01240-JLS-AHG<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE**<br><br>**[ECF No. 72]** |

The Court held a Discovery Conference in this matter before Magistrate Judge Allison H. Goddard on October 4, 2024, to discuss various discovery disputes between the parties including the scheduling of depositions and adequacy of responses to discovery requests. ECF No. 47. As discussed with counsel, the Court **SETS** the following schedule to govern the parties' next steps related to discovery:

1.  No later than **October 9, 2024**, Plaintiff must serve a written response to Defendant's second set of discovery requests and produce all responsive documents. If Plaintiff does not have documents that are responsive to the request and/or believes he has already produced a response to the request, he

must state so in his written response. Plaintiff should copy the Court on the correspondence.

2. The parties are to meet and confer to set tentative dates for depositions so that they can be completed by the current discovery cutoff date of **November 22, 2024**. Although the Court recognizes that the discovery cutoff date may need to be moved depending on whether Plaintiff is granted leave to file an amended complaint, the parties should prepare for now to complete the depositions by the current discovery cutoff date. Each party should send to the opposing party an email with his or its requested depositions along with whether such depositions should be conducted in-person or via Zoom. The parties should copy the Court on their correspondence.

During the Discovery Conference, the parties raised a new discovery dispute regarding Plaintiff's second set of requests for production. Because the parties in this case have been ordered to meet and confer solely in sessions facilitated by Magistrate Judge Allison H. Goddard, the Court will hold a meet-and-confer Discovery Conference on these requests on **October 28, 2024** at **11:00 a.m.** before Judge Goddard. The parties must advise the Court no later than October 24, 2024, if there are any additional issues to address at the Discovery Conference.

The Discovery Conference will take place via **videoconference**, using the Court's official Zoom account. Chambers staff will send a Zoom invitation to the Discovery Conference to Plaintiff and defense counsel of record at least one business day beforehand. Participants shall join the videoconference by following the ZoomGov Meeting hyperlink in the invitation. If possible, participants are encouraged to use laptops or desktop computers for the videoconference, as mobile devices often offer inferior performance.

The Court may place the Discovery Conference on the record by using the Zoom recording function. If any members of the public wish to observe the conference and provide notice to the Court of their desire to do so, the Court will likely modify the conference to take place in person to accommodate public observation. Otherwise, the

3:23-cv-01240-JLS-AHG

Court may provide the Zoom invitation to any such observers directly. The parties are not to share the Zoom invitation with any third parties without first obtaining leave of Court and giving notice to the opposing party.

All participants shall display the same level of professionalism and be prepared to devote their full attention to the conference as if they were attending in person, including by dressing in appropriate courtroom attire and being prepared to appear on camera throughout the duration of the conference. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the videoconference.

**IT IS SO ORDERED.**

Dated: October 4, 2024

Honorable Allison H. Goddard
United States Magistrate Judge