UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC; and BRETT BOUCHY, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No.: 23-CV-1240 JLS (AHG)<br><br>**ORDER VACATING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>(ECF No. 56) |

Presently before the Court is Plaintiff Anton A. Ewing's Motion for Preliminary Injunction ("Mot.," ECF No. 56). Defendant Freedom Forever, LLC filed an Opposition ("Opp'n," ECF No. 63), and Plaintiff declined to file a reply. Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter appropriate to decide on the papers without oral argument; accordingly, the Court **VACATES** the October 30, 2024 hearing on the Motion and takes it under submission.

**IT IS SO ORDERED.**

Dated: October 23, 2024

　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　United States District Judge