UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                                   Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC,<br><br>                                   Defendant. | Case No.:  3:23-cv-01240-JLS-AHG<br><br>**ORDER MODIFYING DISCOVERY CONFERENCE**<br><br>**[ECF No. 76]** |

On October 4, 2024, the Court scheduled a Discovery Conference via videoconference in this matter for **October 28, 2024 at 11:00 a.m.** ECF No. 76. Plaintiff subsequently informed the Court that he intends to invite members of the public and the media to attend the conference. In order to accommodate this, the Court hereby **MODIFIES** the Discovery Conference to be held in-person in addition to via videoconference. Counsel who reside outside the County of San Diego may appear

remotely. All others shall appear in person in **Courtroom 2C** of the United States District Court, Southern District of California, located at the Edward J. Schwartz United States Courthouse, 221 West Broadway, San Diego, CA.

Chambers staff will send a Zoom invitation for Counsel residing outside the County of San Diego.

**IT IS SO ORDERED.**

Dated: October 24, 2024

_____
Honorable Allison H. Goddard
United States Magistrate Judge