Anton Ewing
3077 Clairmont Drive #372
San Diego, CA 92117
(619) 719-9640
anton@antonewing.com

In Pro Per

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTON EWING, | Case No.: 23-cv-1240-JLS AHG |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |
| FREEDOM FOREVER LLC, | |
| Defendant. | |

The parties to this action, Anton Ewing, In Pro Per, and Freedom Forever LLC, acting through counsel, and pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its or his own attorneys' fees and costs.

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

Each of the signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and authorized the filing.

DATED: November 25, 2024          ANTON EWING

By: _____
    Anton Ewing
    In Pro Per

DATED: November 25, 2024          PIERSON FERDINAND LLP

By: *Larry R. Schmadeka*
    Larry R. Schmadeka
    Attorneys for Defendant Freedom Forever LLC

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE - 2