# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON A. EWING,<br><br>                              Plaintiff,<br><br>v.<br><br>FREEDOM FOREVER, LLC; and BRETT BOUCHY, an individual,<br><br>                              Defendants. | Case No.: 23-CV-1240 JLS (AHG)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 90) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice ("Joint Mot.," ECF No. 90). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** this matter, including all claims and counterclaims, **WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). As agreed by and between the Parties, all costs incurred to date shall be borne by the Party previously incurring the same, and all relief not expressly granted herein is denied. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: December 4, 2024

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge